IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BONNIE WHEELER**                                                                                        **PLAINTIFF**

V.                       **CASE NO. 3:11CV00024 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                           **DEFENDANT**

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Bonnie Wheeler. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 14th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE