—

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BONNIE WHEELER**                                                                                  **PLAINTIFF**

**V.**                              **CASE NO. 3:11CV00024 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## ORDER

Pending is Plaintiff Bonnie Wheeler's Motion for an Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (docket entry #16). In her motion, Ms. Wheeler requests fees and expenses in the amount of $1,934.12. The Commissioner does not object to the amount requested (#19). Accordingly, Ms. Wheeler's motion (#16) is GRANTED, and she is awarded $1,934.12 in fees and expenses.

Under the Treasury Department's Offset Program ("TOP"), attorney's fee awards are subject to administrative offset when the plaintiff has outstanding federal debts. The Commissioner should contact the Treasury Department to determine whether Ms. Wheeler owes any debt, as of the date of this Order. If Ms. Wheeler owes a debt under the TOP, the Commissioner must pay the EAJA award to her, deducting any offset owed under the TOP. If Ms. Wheeler does not owe a debt under the TOP, however, the Commissioner is ordered to make the EAJA award check payable directly to Ms. Wheeler's attorney, Anthony W. Bartels, and mail it to Mr. Bartels.

DATED this 20th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE